EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS        #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 7 2005

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

LODGED

MAY 1 2 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00493-03 HG |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| LUIS OCHOA,        (03) | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant Luis Ochoa ("Defendant Ochoa") on the grounds that Defendant Ochoa was charged and sentenced in an Information, Cr. No. 04-00403 HG.  Pursuant to a plea agreement, the Government agreed to dismiss the charges as to Defendant Ochoa in the Indictment for Cr. No. 03-00493 HG after sentencing.

Defendant Ochoa was sentenced on April 21, 2005, to forty-five (45) months confinement. Defendant Ochoa is currently in custody.

DATED: Honolulu, Hawaii, May 12, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

HELEN GILLMOR
_____
UNITED STATES DISTRICT JUDGE

DATED: MAY 16 2005

United States v. Luis Ochoa
Cr. No. 03-00493-03 HG
"Order for Dismissal"